IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORETTA J. ALIRES,

      Plaintiff,

v.                              CV 10-1236 JAP/WPL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed December 16, 2011 (Doc. 26). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the decision of the Commissioner of Social Security is affirmed;

2) Plaintiff's Motion to Remand or Reverse Administrative Agency Decision (Doc. 20) is denied; and

3) this action is dismissed with prejudice.

                                                  */s/ James A. Parker*
                                           **THE HONORABLE JAMES A. PARKER
                                           UNITED STATES DISTRICT JUDGE**